## DUNCAN v. STATE.

No. 23217.

Court of Criminal Appeals of Texas.

Nov. 14, 1945.

Rehearing Denied Dec. 12, 1945.

Polk Shelton, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment being two years in the penitentiary.

No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.